IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| KING'S PALACE, INC. and KPC, INC. d/b/a KING'S PALACE CAFÉ, INC., TAP ROOM and ABSINTHE ROOM, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiffs,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON and VANGUARD CLAIMS ADMINISTRATION, INC.,<br><br>　　　Defendants. | Case No. 2:20-cv-02629-JTF-cgc |

# JUDGMENT

　　　Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

　　　**IT IS ORDERED AND ADJUDGED** that this action is Dismissed with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) in accordance with the Order Granting Defendants' Motion to Dismiss and Dismissing Plaintiffs' Complaint with Prejudice entered by the Court on September 1, 2021.


**APPROVED:**


*s/John T. Fowlkes, Jr.*　　　　　　　　　　　　　　　　　THOMAS M. GOULD
JOHN T. FOWLKES, JR.　　　　　　　　　　　　　　　　　CLERK
UNITED STATES DISTRICT JUDGE


September 1, 2021　　　　　　　　　　　　　　　　　　　 s/Shawn F. Greene
DATE　　　　　　　　　　　　　　　　　　　　　　　　　(BY) LAW CLERK